UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BECKON INTERNATIONAL, INC., )<br>f/k/a BECKON, INC., )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>AMCO INSURANCE COMPANY, )<br>)<br>Defendant(s). ) | Case No. 4:07CV2074 JCH |

## **ORDER**

Pursuant to a telephone conference held **Friday, January 13, 2012**,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Strike Defendant's Unpleaded Fraud in the Procurement Defenses (ECF No. 252) is **GRANTED**.

**IT IS FURTHER ORDERED** that responses to all motions for summary judgment and motions to exclude expert testimony must be filed no later than **Thursday, January 19, 2012**. Replies must be filed no later than **Monday, January 30, 2012**.

**IT IS FURTHER ORDERED** that Plaintiff must serve Defendant with its Responses to Defendant's First Request for Admissions no later than **Tuesday, January 31, 2012**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Resolve Discovery (ECF No. 238) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Defendant is granted until **Thursday, February 9, 2012**, within which to file a detailed Motion to Compel, if necessary.

**IT IS FURTHER ORDERED** that Defendant's Motion for Leave to File Overlength Response (ECF No. 260) is **GRANTED**.

Dated this 13th day of January, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE