UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BECKON INTERNATIONAL, INC., ) | |
| f/k/a BECKON, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV2074 JCH |
| ) | |
| AMCO INSURANCE COMPANY, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion to Compel, filed February 9, 2012. (ECF No. 288).  Pursuant to both the Court's review of the record and the telephone conference held March 6, 2012, the Court will deny Defendant's motion, for two reasons: first, because the discovery requests at issue were untimely served, and second, because the motion fails on the merits.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel (ECF No. 288) is **DENIED**.

Dated this  7th   day of March, 2012.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE