# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official: **Hon. Jean C. Hamilton**   Date: **4/25/12**   Trial Day: **8**   Case No. **4:07CV-2074 JCH**

**Beckon Inc.** vs. **Amco Insurance**

Parties present for: (**JURY TRIAL**)   NON JURY TRIAL
COURT REPORTER: **D. Kriegshauser**

Attorney(s) for Plaintiff(s): **Duane Coleman & Jeremy Brummond**
Attorney(s) for Defendant(s): **Robert Cockerham**

Jury impaneled and sworn.   Opening Statements of Plaintiff and Defendant made.
Plaintiff's evidence  commenced , resumed ☐ and  ☐ but not  ☐ concluded.
Defendant's evidence commenced  ☐ resumed ☐ and ☐ but not concluded.
☐ Plaintiff(s) evidence in rebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.
☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.
☐ Oral ☐ Written  Motion for Judgment as a Matter of Law at the close of pltff's case
☐ filed ☐ made/argued by ☐ pltf(s) ☐ deft(s) ☐ and is ☐ Overruled/Denied ☐ Sustained ☐
Court's ruling reserved ☐ taken under submission ☐ taken with the case.
☒ Closing Arguments of counsel made.  ☐ Case taken under advisement.
☐ (Simultaneous) briefs due _____   ☐ Case is settled. Dismissal papers due _____.
☒ Jury charged and retires to consider its verdict(s) at **11:43** am/pm   ☒ Verdict returned at **5:30** am/(pm)
☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, retires to consider its verdict(s) at ____ am/pm   ☐ Verdict(s) returned at ____ am/pm
☐ Jury unable to agree upon its verdict(s) by ___am/pm is excused to resume deliberations ____ at ___ am/pm ☐ The Court declares a MISTRIAL. ☐ Trial is reset _____.
☐ On motion of  ☐ plaintiff ☐ defendant ☐ Court the jury is polled.
Proceedings to continue _____ at _____ am/pm
☒ Judgment is entered accordingly this date.

PROCEEDINGS COMMENCED  **8:37 am**   —   CONCLUDED: **8:55**
**10:02 am** — **10:03 am**
**10:19 am** — **11:43**
**6:00 – 6:05**